UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024
```

DAMON JONES,

                            Plaintiff,                23-CV-08373 (JMF)(SN)

          -against-                                          **ORDER**

PAUL BOND BOOT COMPANY,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were ordered to file a status letter by January 12, 2024. ECF No. 17. To date, no such letter has been filed. Accordingly, the parties shall file that status letter by January 19, 2024.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     January 17, 2024
                 New York, New York