UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAMON JONES,

                    Plaintiff,

      -against-

PAUL BOND BOOT COMPANY,

                    Defendant.

-------------------------------------------------------------X

23-CV-08373 (JMF)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2024

**SARAH NETBURN, United States Magistrate Judge:**

The Court previously referred the parties to the mediation program. Two months later, the parties informed the Court that they were "unable to choose a mutually agreeable date for a mediation" and requested a renewed referral. ECF No. 20. The Court granted the parties' request and issued a new referral, but the parties again failed to participate in mediation. ECF No. 22.

The parties are reminded that all fact discovery shall be completed by March 12, 2024, and all expert discovery shall be completed by April 9, 2024. ECF No. 17. No extensions will be granted.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: February 15, 2024
             New York, New York