UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                              :
DAMON JONES, *on behalf of himself and all others*            :
*similarly situated*,                                         :
                                                              :
                              Plaintiff,                      :          23-CV-8373 (JMF)
                                                              :
             -v-                                              :          ORDER
                                                              :
PAUL BOND BOOT COMPANY,                                       :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 26, 2023, this case was referred to Magistrate Judge Netburn for general pretrial purposes. *See* ECF Nos. 5-6. Under the Case Management Plan entered by Magistrate Judge Netburn, fact discovery closed on March 12, 2024, expert discovery closed on April 9, 2024, and the deadline for any party to file a motion for summary judgment was May 9, 2024. *See* ECF No. 17. As no party moved for summary judgment by that deadline, the parties shall, no later than **June 7, 2024**, file a proposed joint pretrial order and all other required pretrial filings in accordance with Paragraph 6 of the Court's Individual Rules and Practices for Civil Cases (available at http://nysd.uscourts.gov/judge/Furman). The Court will set a trial date after reviewing these submissions, but **the parties should be ready to begin trial as soon as two weeks after the filing of the joint pretrial order and related materials**.

Failure to timely submit the required filings may result in sanctions, including dismissal of the case for failure to prosecute. If the parties have reached a settlement, or if they reach a settlement at any point before trial, they shall promptly inform the Court.

SO ORDERED.

Dated: May 16, 2024
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                              United States District Judge